IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION


ANTHONY L. COOPER,

      Plaintiff,

vs.                                         Case No. 4:07cv213-MP/WCS

JAMES McDONOUGH,
and CHARLIE CRIST,

      Defendants.

_____/


## REPORT AND RECOMMENDATION


      This cause is before me upon referral from the Clerk.  In an order filed May 21, 2007, Plaintiff was given until June 19, 2007 to file an amended complaint.  The same order also directed Plaintiff to file a motion for leave to proceed *in forma pauperis*. Doc. 3.  Plaintiff was advised that his failure to respond as instructed in each order would result in a recommendation of dismissal of this action.

      A trial court has inherent power to dismiss a case sua sponte for failure to prosecute.  Link v. Wabash R.R., 370 U.S. 626, 82 S.Ct. 1386, 8 L.Ed.2d 734 (1962).  Fed. R. Civ. P. 41(b) authorizes a district court to dismiss an action for failure to

obey a court order.  <u>Moon v. Newsome</u>, 863 F.2d 835, 838 and cases cited (11th Cir.),

*cert. denied*, 493 U.S. 863 (1989).  Since Plaintiff has failed to comply with orders of this

court his complaint should now be dismissed without prejudice.

The Plaintiff shall have a 15 day period after service of this report and

recommendation in which to file objections.  This will also afford Plaintiff a final

opportunity to show good cause for his failure to respond.  Plaintiff may do so by a

motion for reconsideration which will be referred to me by the Clerk.

It is therefore, respectfully **RECOMMENDED** that this case be **DISMISSED**

without prejudice.

IN CHAMBERS at Tallahassee, Florida, on June 26, 2007.


 S/ William C. Sherrill, Jr.                         
**WILLIAM C. SHERRILL, JR.**
**UNITED STATES MAGISTRATE JUDGE**


<u>**NOTICE TO THE PARTIES**</u>

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 10 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**