IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ANTHONY L. COOPER,

    Plaintiff,

v.                                                      CASE NO. 4:07-cv-00213-MP-WCS

JAMES McDONOUGH,
and CHARLIE CRIST,

    Defendants.

_____/

## **O R D E R**

This matter is before the Court on Doc. 4, Report and Recommendation of the Magistrate Judge, recommending that Plaintiff Cooper's complaint, Doc. 1, be dismissed. The Magistrate Judge filed the Report and Recommendation on Tuesday, June 26, 2007. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections. Pursuant to Title 28, United States Code, Section 636(b)(1), this Court must make a de novo review of those portions to which an objection has made. In this instance, however, no objections have been filed.

Plaintiff was directed by prior order to file an amended complaint, and warned that failure to do so would result in his case being dismissed. Doc. 3. Because Plaintiff has failed to obey this order or to otherwise prosecute his case, the Magistrate recommends that the complaint should be dismissed without prejudice. Since Plaintiff has not shown cause for the failure to file an amended complaint, the Court agrees with the Magistrate that dismissal is warranted. Therefore, having considered the Report and Recommendation, and the lack of objections thereto, I have determined that the Report and Recommendation should be ADOPTED. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The Magistrate Judge's Report and Recommendation, Doc. 4, is adopted and incorporated by reference in this order.

2. This case be DISMISSED without prejudice.

**DONE AND ORDERED** this   *31st* day of July, 2007

                *s/Maurice M. Paul*
            Maurice M. Paul, Senior District Judge